UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

       Plaintiff,                               Case No. 3:20-cr-117-1

vs.

ERIC BLACKSHEAR,                        District Judge Michael J. Newman
                                          Magistrate Judge Peter B. Silvain, Jr.

       Defendant.

---

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc No. 117)**

---

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant Eric Blackshear's guilty plea. Doc. No. 117. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court accepts Defendant Blackshear's plea of guilty as charged in count 1 of the indictment, which charges him with conspiracy to kidnapping resulting in death in violation of Title 18 U.S.C. § 1201(c). Doc. No. 21. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on **May 24, 2022 at 11:00 AM**.

       **IT IS SO ORDERED.**

March 8, 2022                         s/Michael J. Newman
                                          Hon. Michael J. Newman
                                          United States District Judge